## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| Bingo, LLC, Scott E. Hicks and Tanya L. Hicks, | Civil No. 10-3433 (RHK/FLN) |
| Plaintiffs, | **ORDER** |
| v. | |
| Best Western International, Inc., | |
| Defendant. | |

Pursuant to the parties' "Stipulated Order of Dismissal" (Doc. No. 20), **IT IS ORDERED** that all claims, counterclaims and cross-claims by and against each of the parties in the above-captioned matter are **DISMISSED WITH PREJUDICE** without costs to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 5, 2011

                                                              s/Richard H. Kyle
                                                              RICHARD H. KYLE
                                                              United States District Judge